UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

CIVIL ACTION NO. 5:18-cv-00105-TBR

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY | PLAINTIFF |
| v.    **STIPULATION AND AGREED ORDER** | |
| DALE BEARDEN CONSTRUCTION COMPANY, INC.<br>d/b/a DALE BEARDEN CONCRETE & CURBING, INC.<br>and ROBERTSON INCORPORATED BRIDGE<br>AND GRADING DIVISION | DEFENDANTS |

    Plaintiff, Ohio Security Insurance Company ("Ohio Security"), and Defendant Robertson Incorporated Bridge and Grading Division ("Robertson") stipulate that Robertson does not now seek, and will not in the future seek, any coverage from Ohio Security in any way arising out of the City of Murray Lawsuit and the Robertson Lawsuit described in Ohio Security's Complaint for Declaratory Relief in this action, and Robertson withdraws any claim for coverage (direct or as a third party) that it might have against Ohio Security; therefore, there is no longer any justiciable controversy between Robertson and Ohio Security, and this Stipulation resolves all matters in controversy between these parties. The Default Judgment against Defendant Dale Bearden Construction Company, Inc. was not appealed and is now final.

    **IT IS THEREFORE ORDERED** that all matters in this action have been resolved and this action is closed.

November 20, 2018

*Thomas B. Russell*

Thomas B. Russell, Senior Judge
United States District Court

Stipulated and Agreed to:

/s/ Robert L. Steinmetz
Robert L. Steinmetz
rsteinmetz@gsblegal.com
Gwin Steinmetz & Baird, PLLC
401 W. Main St., Suite 1000
Louisville, KY 40202
(502) 618.5700 (phone)
(502) 618.5701 (fax)
*Attorneys for Ohio Security Insurance Company*


/s/ Charles D. Walter (w/permission)
Charles D. Walter
cwalter@bsgpad.com
Boehl Stopher & Graves, LLP
410 Broadway
Paducah, KY  42001
(270) 442-4369
*Attorney for Defendant Robertson, Incorporated Bridge and Grading Division*


T:\STEINMETZ\LIBERTY\Bearden, Dale Construction\Stipulation and Agreed Order.docx